IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL R. RHONE, | ) | CASE NO. 4:10CV3048 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| DEPARTMENT OF CORRECTIONAL SERVICES, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Amend. (Filing No. 6.) In his Motion, Plaintiff re-argues the merits of his claims and requests that the court permit him to amend his Complaint. (*Id.*) However, the court conducted a detailed initial review and dismissed the Complaint on April 23, 2010, because Defendants are entitled to sovereign immunity. (Filing No. 4.) This matter has been closed for more than three months, and amendment at this stage of the proceedings would be futile.

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Amend (Filing No. 6) is denied.

DATED this 28th day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.