IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEWISH FEDERATION OF LINCOLN, Inc., A Nebraska Non-Profit Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER ROSENBLATT, KURT KNECHT, and MUSICSPOKE, INC., a Delaware Corporation;<br><br>Defendants. | 4:18CV3048<br><br>**ORDER** |

    Plaintiff has failed to timely depose the defendants, failed to timely and fully answer Defendants' discovery requests, and failed to timely serve written discovery. After conferring with counsel,

    IT IS ORDERED:

1) Plaintiff has waived all objections to Defendants' written discovery. Plaintiff's full and complete responses shall be served on or before November 4, 2020.

2) Defendants need not respond to Plaintiff's written discovery.

3) Plaintiff is not allowed to depose Defendant Rosenblatt in her personal capacity.

4) Over Defendants' objection, the court will permit a 30(b)(6) deposition of Defendant MusicSpoke, such deposition to be completed on or before November 13, 2020. Counsel shall immediately confer regarding the deposition topics for the 30(b)(6) deposition. If there are areas of dispute, a succinct summary of those issues shall be emailed to zwart@ned.uscourts.gov by no later than October 30, 2020 at 3:00 p.m., and they will be discussed and ruled on, on the record, during a telephonic hearing to be held on **November 2, 2020 at 11:00 a.m**. Counsel shall use the

conferencing information assigned to this case to participate in the call. This conference call will be cancelled if no summary of disputed issues is received by 3:00 p.m. on October 30, 2020.

5) The summary judgment filing deadline is extended to December 11, 2020.

6) No further extensions will be granted to Plaintiff absent a **substantial** showing of good cause.

7) **Any objection to this order shall be filed on or before 10:00 a.m. on November 2, 2020.**

8) The clerk shall set an internal case management deadline of December 14, 2020.

Dated this 28th day of October, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge